IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Isaac Williams, :
:
     Plaintiff(s), :
: Case Number: 1:15cv634
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
     Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 15, 2016 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 3, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for an award of attorney fees and costs (Doc. 20) is GRANTED IN PART and plaintiff is AWARDED a total of $1,646.10 in attorney fees and costs under the EAJA.

IT IS SO ORDERED.

                                                                 ___s/Susan J. Dlott_____
                                                                  Judge Susan J. Dlott
                                                                  United States District Court